Opinion by McCLELLAN, J.

---

## Thomas v. The State.

APPEAL from Pike Criminal Court.

Tried before the Hon. WM. H. PARKS.

PARKS & HARMON, for appellant.

W. C. FITTS, Attorney-General, for the State.

The defendant was indicted, tried and convicted for unlawfully and maliciously killing an ox. Reversed and remanded.

Opinion by COLEMAN, J.

---

## Carey v. Alabama Iron & Steel Co.

APPEAL from Shelby Chancery Court.

Heard before the Hon. S. K. McSPADDEN.

W. S. CAREY, for appellant.

No counsel marked for appellee.

The bill in this case was filed by the appellee to enjoin an action of ejectment instituted by the appellant.

On the final submission of the cause the chancellor granted the relief prayed for. The defendant appeals, and assigns the said decree as error. Reversed and remanded.

Opinion by HEAD, J.